**James MILLER, Appellant,**

v.

**Larry NORRIS, Director, Arkansas Department of Correction; Marvin Evans, Warden, Brickeys Unit, Arkansas Department of Correction; M. Williams, Shift Captain, Brickeys Unit, Arkansas Department of Correction; Billy Taylor, Lieutenant, Brickeys Unit, Arkansas Department of Correction; Shernell Wade, Guard Brickeys Unit, Arkansas Department of Correction; Lanell Jefferson, Guard, Brickeys Unit, Arkansas Department of Correction, Appellees.**

No. 02–3586.

United States Court of Appeals, Eighth Circuit.

Submitted Feb. 6, 2004.

Decided March 5, 2004.

---

1. The Honorable John R. Tunheim, United States District Judge for the District of Minnesota.

James Miller, pro se, Seagoville, TX, David Michael Donovan, Watts & Donovan, Little Rock, AR, for Plaintiff–Appellant.

Michelle Banks Odum, Attorney General's Office, Little Rock, AR, for Defendants–Appellees.

Before MORRIS SHEPPARD ARNOLD, BEAM, and MELLOY, Circuit Judges.

PER CURIAM.

Federal inmate James Miller appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action against Arkansas Department of Correction employees. Having carefully reviewed the record, we conclude summary judgment was proper for the reasons explained by the district court. *See Pozo v. McCaughtry,* 286 F.3d 1022, 1023–25 (7th Cir.), *cert. denied,* 537 U.S. 949, 123 S.Ct. 414, 154 L.Ed.2d 293 (2002). Accordingly, we affirm the judgment. *See* 8th Cir. R. 47B. We also deny the pending motion on appeal.

---

**1.** The Honorable Susan Webber Wright, Chief Judge, United States District Court for the Eastern District of Arkansas.